UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY EATON JR.,

        Plaintiff,

File no: 1:16-CV-1365

v.

HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 36(b)(1)(C).

**NOW THEREFORE**, the Report and Recommendation (ECF No. 18) is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that:

The decision of the Commissioner of Social Security is hereby **AFFIRMED**.

Date:   February 20, 2018        /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              CHIEF UNITED STATES DISTRICT JUDGE